IN THE SUPREME COURT OF THE STATE OF DELAWARE

SUMMIT HEALTHCARE                        §
OPERATING PARTNERSHIP, L.P.,    §
                                                      §    No.  183, 2026
          Plaintiff Below,                    §
          Appellant,                           §
                                                      §    Court Below:  Court of Chancery
          v.                                       §    of the State of Delaware
                                                      §
BEST YEARS, LLC,                          §
                                                      §    C.A. No.  2025-1258
          Defendant Below,                 §
          Appellee.                            §

Submitted:  July 15, 2026
Decided:     July 22, 2026

Before **SEITZ**, Chief Justice; **LEGROW**, and **GRIFFITHS**, Justices.

## ORDER

This 22nd day of July, 2026, after careful consideration of the parties' briefs, the arguments of counsel, and the record below, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Post-Trial Rulings dated April 10, 2026, and the Final Order and Judgment dated May 6, 2026.

1

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice